amortized annually throughout the term of the bonds delivered in exchange for those retired.

The judgment of the Circuit Court of Appeals is

*Affirmed.*

## WISCONSIN *v.* MICHIGAN.

No. 12, original. Argued March 2, 3, 1936.—Decided March 16, 1936.

*Mr. Adolph J. Bieberstein,* with whom *Mr. James E. Finnegan,* Attorney General of Wisconsin, *Mr. Joseph G. Hirschberg,* Deputy Attorney General, and *Mr. J. E. Messerschmidt,* Assistant Attorney General, were on the brief, for plaintiff.

*Mr. Edward A. Bilitzke,* with whom *Mr. David H. Crowley,* Attorney General of Michigan, and *Mr. James F. Shepherd,* Deputy Attorney General, were on the brief, for defendant.

550

552